

# Fourth Court of Appeals
## San Antonio, Texas

December 23, 2015

No. 04-15-00074-CV

Stacey **SCOTT**,
Appellant

v.

Larry **FURROW** and Keller Williams Legacy Group,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 13-1125-CV
Honorable W.C. Kirkendall, Judge Presiding

# O R D E R

Appellant's unopposed motion for extension of time to file reply brief is hereby GRANTED. Time is extended to January 5, 2016.

It is so **ORDERED** on December 23, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court